IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARCHIE L. TURNER                                                            PLAINTIFF

v.                    Civil No. 04-6052

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                        DEFENDANT

## **JUDGMENT**

On this 6th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Jon B. Gann, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $1,718.75 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                                /s/Bobby E. Shepherd
                                                                Honorable Bobby E. Shepherd
                                                                United States Magistrate Judge